IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 22-11232-X
_____

DAVID WILLIAMS,
Individually and on behalf of all others similarly situated,
CAROLL ANGLADE,
Individually and on behalf of all others similarly situated,
HOWARD CLARK, et al.,

                                              Plaintiffs - Appellees,

versus

RECKITT BENCKISER LLC,
RB HEALTH (US) LLC,

                                              Defendants-Appellees,

THEODORE H. FRANK,

                                              Interested Party - Appellant.
_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ORDER:

      Appellant's motion for an order allowing Theodore Frank to bring iPad and smartphone for oral argument is GRANTED.

                                                              DAVID J. SMITH
                             Clerk of the United States Court of
                                   Appeals for the Eleventh Circuit

                             ENTERED FOR THE COURT - BY DIRECTION