

Martha A. Geer
900 W. Morgan Street
Raleigh, NC 27603
mgeer@milberg.com

March 9, 2023

**FILED AND SERVED VIA CM/ECF**

David J. Smith
Clerk of Court
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

   Re: *Frank v. Williams,* No. 22-11232
      Plaintiffs' Rule 28(j) Letter

Dear Mr. Smith:

  Pursuant to Fed. R. App. Proc. 28(j), Plaintiffs submit this Citation of Supplemental Authority. With respect to Plaintiffs' argument that Appellant Theodore Frank failed to demonstrate that he suffered a concrete injury sufficient to establish Article III standing, Plaintiffs respectfully refer the Court to two additional authorities. *See Huyer v. Van de Voorde*, 847 F.3d 983, 986 (8th Cir. 2017) (holding that "*Devlin* does not stand for the proposition that the act of objecting to approval of a settlement automatically confers Article III standing upon an unnamed class member. Rather, it held only that failing to intervene in a class action does not by itself prevent an unnamed class member from appealing the settlement. And so, regardless of *Devlin*, [an objector] still must show that she satisfies the standing requirements of Article III."); *United States v. Amodeo*, 916 F.3d 967, 971 (11th Cir. 2019) ("That this Court must first satisfy itself of our own jurisdiction is a rule without exception: 'Without jurisdiction[,] the court cannot proceed at all in any cause.'" (quoting *Steel Co. v. Citizens for a Better Env't*, 523 U.S. 83, 94 (1998)).

                Respectfully submitted,

                Martha A. Geer
                Counsel for Plaintiffs

Affiliates/Locations | California | Georgia | Kentucky | Mississippi | New Jersey | New York | North Carolina |
Puerto Rico | South Carolina | Tennessee | Washington |
Netherlands | Portugal | United Kingdom
www.milberg.com

David J. Smith
March 9, 2023
Page 2


cc:    Theodore H. Frank
        John M. Andren
        David T. Biderman
        Charles C. Sipos